UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION


APEX FUNDING SOURCE, LLC and       )
YEHUDA KLEIN,                       )
                                    )
                  Appellants,       )
                                    )
        v.                          )       **JUDGMENT**
                                    )
WILLIAMS LAND CLEARING, GRADING     )       5:24-CV-116-BO
AND TIMBER LOGGER, LLC,             )
                                    )
                  Appellee.         )
                                    )

Decision by Court.
Before the Court is Motion for Leave to Appeal of Defendants-Appellants Apex Funding Source, LLC and Yehunda Klein, a/k/a Jay Klein, (collectively Defendants). [DE 3].

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendants-Appellants' Motion for Leave to Appeal [DE 3] is DENIED.

**This case is closed.**


**This judgment filed and entered on August 5, 2024, and served on:**
Joseph Z. Frost (via CM/ECF NEF)
Kathleen M. O'Malley (via CM/ECF NEF)
William P. Janvier (via CM/ECF NEF)


                                    PETER A. MOORE, JR., CLERK

August 5, 2024

                                     /s/ Lindsay Stouch
                                    By: Deputy Clerk